# Court of Appeals
# of the State of Georgia

ATLANTA,    August 14, 2014

*The Court of Appeals hereby passes the following order:*

**A14A2000.  MARVIN TURNER v. THE STATE.**

In 1993, Marvin Turner pled guilty to first degree forgery and was sentenced to probation.  The State petitioned to revoke Turner's probation based upon the commission of several new felonies, including murder.  In 1995, the trial court revoked Turner's probation and sentenced him to the maximum ten years in prison.[1] Turner filed a motion for out-of-time appeal in August 2013.  The trial court denied this motion by order entered January 24, 2014, and Turner filed a notice of appeal on February 25, 2014.

To be timely, a notice of appeal must be filed within 30 days after the entry of an appealable judgment. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Couch v. United Paperworkers Intern. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). Because Turner filed his notice of appeal 32 days after entry of the trial court's order, his appeal is untimely, and it hereby DISMISSED for lack of jurisdiction.[2]

---

[1] Turner filed an application for discretionary appeal from this ruling, which this Court denied. See *Turner v. State*, Case Number A95D0333, decided August 10, 1995.

[2] On March 14, 2014, Turner filed a motion for an extension of time in which to file a notice of appeal.  The trial court did not grant an extension.  Moreover, under OCGA § 5-6-39 (d), a request "for an extension must be made before expiration of the period for filing as originally prescribed or as extended by a permissible previous order."



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 08/14/2014

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*